George Haines, Esq.
Nevada Bar No. 9411
David Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Andy Mendoza and Brenda Mendoza

E-FILED: August 18, 2009

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>**Andy Mendoza and Brenda Mendoza**,<br><br>Debtor(s). | **Case No. BKS-09-19139-BAM**<br>**Chapter 13**<br><br>**Hearing Date:  September 24, 2009**<br>**Hearing Time:  3:30 P.M.** |

### CERTIFICATE OF SERVICE RE: MOTION TO VALUE COLLATERAL AND REDUCE CITI MORTGAGE INC'S SECURED CLAIM

I, George Haines, hereby certify that a copy of the above titled document filed in

the above entitled case, was noticed by me on August 18, 2009, as specified below:

/./././

- 1 -

- 2 -

**Parties in this matter were served the above related documents as follows:**

| Electronic service (email): | Kathleen Leavitt |
| --- | --- |
| | Chapter 13 Trustee (through ECF System) |
| **Certified Mail:** | CITIMORTGAGE INC |
| | C/O JAMES H. WOODALL |
| | 10653 RIVER FRONT PKWY., STE 290 |
| | SOUTH JORDAN, UT 84095 |
| | |
| | CITI MORTGAGE INC |
| | ATTENTION: BANKRUPTCY DEPARTMENT |
| | ATTENTION: RESIDENT AGENT |
| | PO BOX 79022 |
| | MS322 |
| | ST. LOUIS, MO 63179 |
| | |
| | CITIMORTGAGE INC |
| | ATTN: BANKRUPTCY DEPT |
| | ATTN: RESIDENT AGENT |
| | PO BOX 9438 |
| | GAITHERSBURG, MD 20898 |

DATED August 18, 2009

   I declare under penalty of perjury that the foregoing is true and correct.

          By: /s/George Haines, Esq.
            George Haines, Esq.
            An Employee of Haines & Krieger, LLC